```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
RAYMOND BONNER,                     :
                                    :
                    Plaintiff,      :    21cv1955 (DLC)
                                    :
         -v-                        :    ORDER
                                    :
UNITED STATES DEPARTMENT OF DEFENSE,:
                                    :
                    Defendant.      :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that a status letter is due **May 28, 2021**.

Dated:  New York, New York
        May 7, 2021

                                                  DENISE COTE
                                    United States District Judge