UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND BONNER,

               Plaintiff,

      v.

DEPARTMENT OF DEFENSE,

               Defendant.

21 Civ. 1955 (DLC)

**STIPULATION AND [PROPOSED]
ORDER OF SETTLEMENT AND
DISMISSAL**

WHEREAS, on March 9, 2021, plaintiff Raymond Bonner ("Plaintiff") filed a complaint

in the above-referenced action, seeking to compel defendant the Department of Defense ("DoD")

to disclose records in response to requests under the Freedom of Information Act ("FOIA"), 5

U.S.C. § 552;

WHEREAS, DoD produced records to Plaintiff with redactions of information that DoD,

in consultation with the Central Intelligence Agency ("CIA," and together with DoD, the

"Government"), determined to be exempt from disclosure;

WHEREAS, Plaintiff has made a claim for attorney's fees and litigation costs pursuant to

5 U.S.C. § 552(a)(4)(E); and

WHEREAS, Plaintiff and the Government wish to avoid further litigation and

controversy and to settle and compromise fully any and all claims and issues that Plaintiff now

has or may hereafter acquire in connection with Plaintiff's FOIA requests at issue in this action;

NOW, THEREFORE, the parties stipulate and agree as follows:

1.     Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is

hereby dismissed with prejudice and without costs or fees other than as provided in paragraph 2

of this Stipulation, provided that the Court shall retain jurisdiction over any issues that might arise relating to the enforcement of this Stipulation.

2.    The Government shall pay to Plaintiff the total sum of nine thousand, seven hundred dollars ($9,700.00) for attorney's fees and litigation costs. This payment shall constitute full and final satisfaction of any and all claims by Plaintiff for attorney's fees and litigation costs in the above-captioned action, and is inclusive of any interest. Payment shall be made by electronic funds transfer(s), and counsel for Plaintiff will provide the necessary information for the Government to effectuate the transfer(s).

3.    This Stipulation constitutes the full and complete satisfaction of any and all claims on behalf of Plaintiff arising from the FOIA requests at issue in this action, including all claims for attorney's fees and costs incurred in this litigation.

4.    This Stipulation does not constitute an admission of liability or fault on the part of the Government, or of Plaintiff's eligibility for or entitlement to attorney's fees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

5.    This Stipulation contains the entire agreement between the parties, and no statement, representation, promise, or agreement, oral or otherwise, between the parties or their counsel that is not included herein shall have any force or effect.

6.    This Stipulation is subject to the approval of the Court. In the event that the Court declines to approve this Stipulation, it shall be null and void, with no force or effect.

Dated: New Haven, Connecticut
        November 19, 2024

By: _____
DAVID A. SCHULZ, Esq.
Media Freedom and Information
Access Clinic, Yale Law School
*Attorney for Plaintiff*
P.O. Box 208215
New Haven, Connecticut 06520
Telephone: (212) 850-6103

Dated: New York, New York
        November 19, 2024

DAMIAN WILLIAMS
United States Attorney
Southern District of New York
*Attorney for the Government*

By: _____
SARAH S. NORMAND
CHRISTOPHER CONNOLLY
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2709/2761

SO ORDERED:

Dated: New York, New York
        November 20, 2024

_____
THE HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

Page 3 of 3